# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 5, 2018

## NO.  03-17-00666-CV

**Facility Insurance Corporation, Appellant**

**v.**

**Patients Medical Center, Appellee**

**APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND**
**REVERSED AND REMANDED—OPINION BY JUSTICE PURYEAR**

This is an appeal from the judgment signed by the district court on July 14, 2017.  Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment.  Therefore, the Court reverses the district court's judgment and remands the case to the district court for further proceedings consistent with the Court's opinion.  The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.